MONIQUE C. WINKLER (Cal. Bar No. 213031)
JASON H. LEE (Cal. Bar No. 253140)
BERNARD B. SMYTH (Cal. Bar No. 217741)
  smythb@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec,gov
STEVE VARHOLIK (Cal. Bar No. 221554)
  varholiks@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | Case No.: 3:23-cv-00959 SI |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| ROBERT D. CHRISTENSEN; ANTHONY M. MATIC; FORESEE, INC.; THE COMMISSION PDX, LLC; THE POLICY PDX, LLC; INNINGS 150, LLC, | |
| Defendants. | |

CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2023, I caused the following documents:

1. COMPLAINT (ECF No. 1):

2. CIVIL COVER SHEET (ECF No. 1-1):

3. DEFENDANT ROBERT D. CHRISTENSEN'S CONSENT TO FINAL JUDGMENT (ECF No. 2):

4. [PROPOSED] FINAL JUDGMENT AS TO ROBERT D. CHRISTENSEN (ECF No. 2-1):

5. DEFENDANT ANTHONY M. MATIC'S CONSENT TO FINAL JUDGMENT (ECF No. 3):

6. [PROPOSED] FINAL JUDGMENT AS TO ANTHONY M. MATIC (ECF No. 3-1):

7. DEFENDANT FORESEE, INC.'S CONSENT TO FINAL JUDGMENT (ECF No. 4):

8. DEFENDANT THE COMMISSION PDX, LLC'S CONSENT TO FINAL JUDGMENT (ECF No. 5):

9. DEFENDANT THE POLICY PDX, LLC'S CONSENT TO FINAL JUDGMENT (ECF No. 6):

10. DEFENDANT INNINGS 150, LLC'S CONSENT TO FINAL JUDGMENT (ECF No. 7):

11. [PROPOSED] FINAL JUDGMENT AS TO INNINGS 150, LLC (ECF No. 7-1):

12. [PROPOSED] FINAL JUDGMENT AS TO FORESEE, INC.; THE COMMISSION PDX, LLC; AND THE POLICY PDX, LLC. (ECF No. 8):

13. CIVIL CASE ASSIGNMENT ORDER; DISCOVERY AND PRETRIAL SCHEDULING ORDER; FED. R. CIV. P. 26(a)(l) DISCOVERY AGREEMENT; CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE AND DESIGNATION OF THE NORMAL APPEAL ROUTE; and CIVIL CASE MANAGEMENT TIME SCHEDULES (ECF No. 9): and

14. This CERTIFICATE OF SERVICE

to be sent by email and U.S. Mail, postage prepaid, to the following:

William H. Caffee
White Summers Caffee and James LLP
805 S.W. Broadway, Suite 2440
Portland, Oregon 97205
email: wcaffee@white-summers.com
   *(Attorney for Defendants: Robert D. Christensen; Anthony M. Matic; Foresee, Inc.; The Commission PDX, LLC; The Policy PDX, LLC; Innings 150, LLC)*

and

Jason P. Gottlieb
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4784
email: jgottlieb@morrisoncohen.com
   *(Attorney for Defendants: Robert D. Christensen; Anthony M. Matic; Foresee, Inc.; The Commission PDX, LLC; The Policy PDX, LLC; Innings 150, LLC)*

Dated:   June 30, 2023

*s/ Steve Varholik*
Steve Varholik (Cal. Bar No. 221554)
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION